915 A.2d 1045

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. EDWARD J. ROMAN, SR., DEFENDANT–APPELLANT.

January 18, 2007.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.